UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUDDY OSIAS,                                    :
                                                :
                    Plaintiff,                  :    21 Civ. 8877 (PAE) (GWG)
                                                :
    -v.-                                        :
                                                :    ORDER
DEPARTMENT OF CORRECTION, et al.,               :
                                                :
                    Defendants.                 :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    On June 30, 2022, defendant City of New York ("the City") filed a letter reporting that it could not identify "Captain Williams," a defendant named in plaintiff's amended complaint, because the Department of Correction ("DOC") employs multiple individuals with the title Captain Williams at the Anna M. Kross Correctional Facility. (Docket # 17).

    <u>On or before July 24, 2022</u>, plaintiff Ruddy Osias is directed to send to the Corporation Counsel's Office (at the address on the June 30, 2022 letter) a letter containing more detailed description of "Captain Williams" to assist the City in identifying this defendant. Such information may include a physical description and any information on hours/days of work, and location of Captain William's post.

    <u>On or before August 24, 2022</u>, the City shall file a letter fully identifying Captain Williams and providing the address where this defendant may be served. If Captain Williams is a current or former DOC employee or official, the City should note in the response to this order that service should be made electronically, under the e-service agreement for cases involving DOC defendants. If Captain Williams is or was employed at a DOC facility, but is not a current or former employee of DOC, the City must provide a home address where he may be served.

    SO ORDERED.

Dated: July 1, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge