UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Buddy Osias
_____
Write the full name of each plaintiff or petitioner.

MEMORANDUM ENDORSED

Case No. 21 CV 8877 (PAE) GWG

-against-

Department of correction
et al
_____
Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that  Plaintiff  Buddy Osias
                         plaintiff or defendant   name of party who is making the motion

requests that the Court: Move this case to default towards the defendants, Due to the time consumption, and the lack of Defendants counsel.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents: Osias v. Department of Correction et al
21-cv-08877

08-10-22
Dated

Signature

Buddy Osias
Name

22B2264
Prison Identification # (if incarcerated)

State Route 96   P.O. Box 119   Romulus   NY   14541
Address                         City       State  Zip Code

Telephone Number (if available)       E-mail Address (if available)

SDNY Rev: 5/24/2016

Construing this document as an application for a certificate of default, the application is denied inasmuch as the Court will extend the defendants' time to answer until October 3, 2022, for the reasons stated in the defendants' letter of August 22, 2022. The Court also directs plaintiff to provide to Mr. Thayer by September 9, 2022, the information required by the Court's Order of July 1, 2022: that is, "a more detailed description of Captain Williams" including information such as" a physical description and any information on hours/days of work, and location of Captain William's post."

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 23, 2022