UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUDDY OSIAS,                                    :
                                                :
                Plaintiff,                      :     21 Civ. 8877 (PAE) (GWG)
                                                :
        -v.-                                    :
                                                :     ORDER
DEPARTMENT OF CORRECTION, et al.,               :
                                                :
                Defendants.                     :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Mail to plaintiff at his address of record has been consistently returned. The last filing from plaintiff, however (Docket # 27), included a return envelope indicating that plaintiff was at a State correctional facility. The New York State Department of Corrections and Community Supervision website indicates that plaintiff has been in State custody since June 28, 2022. Accordingly, the Clerk is directed to change the address of plaintiff to the following:

Ruddy Osias
DIN 22-B-2764
Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, NY 14541

      In addition, and as was reflected in a prior order of the Court, on June 30, 2022, defendant City of New York filed a letter reporting that it could not identify "Captain Williams," a defendant named in plaintiff's amended complaint, because the Department of Correction ("DOC") employs multiple individuals with the title Captain Williams at the Anna M. Kross Correctional Facility.

      Accordingly, <u>on or before October 24, 2022</u>, plaintiff Ruddy Osias is directed to send to the Corporation Counsel's Office a letter containing more detailed description of "Captain Williams" to assist the City in identifying this defendant. Such information may include a physical description and any information on hours/days of work, and location of Captain William's post.[1]

      <u>On or before November 30, 2022</u>, the City shall file a letter fully identifying

---

[1] Plaintiff shall send this letter to:

      David S. Thayer
      Law Department
      100 Church Street
      New York, NY 10007

Captain Williams and providing the address where this defendant may be served. If Captain Williams is a current or former DOC employee or official, the City should note in the response to this order that service should be made electronically, under the e-service agreement for cases involving DOC defendants. If Captain Williams is or was employed at a DOC facility, but is not a current or former employee of DOC, the City must provide a home address where he may be served.

      SO ORDERED.

Dated: September 29, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge