UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RUDDY OSIAS                                       :

        Plaintifs,                                    :       ORDER OF SERVICE

   -v.-                                           :
                                               21 Civ. 8877 (PAE) (GWG)
DEPARTMENT OF CORRECTION et al.,,       :

        Defendants.                                  :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to the application made in the letter dated December 14, 2022, from defendants' counsel, the time for Captain Williams to respond to the complaint is extended to January 13, 2022.

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain Clive Williams (Shield No. 1836) waive service of summons.

      SO ORDERED.

Dated: December 15, 2022
       New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                               United States Magistrate Judge