UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
RUDDY OSIAS
:     SCHEUDLING
                Plaintiff,   ORDER PURSUANT TO
:     RULE 16(b)(1)(A)
   -v.-
:     21 Civ. 8877 (PAE) (GWG)
:
DEPARTMENT OF CORRECTION et al.,
:
               Defendants
:
------------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The parties having been consulted pursuant to Rule 26(f) and having proposed a discovery plan to the Court, the following Order is adopted pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure:

1. Each party must immediately inform the Court of any change in that party's address or telephone number. If a party fails to do so, the case may be dismissed or a default entered.

2. The Court orders the following deadlines:

   a. March 27, 2023 – Defendants shall serve Plaintiff with a HIPAA authorization form for plaintiff's Correctional Health Services medical records;

   b. April 10, 2023 – Plaintiff shall return a completed HIPAA authorization form to defendants' counsel;

   c. April 14, 2023 – Rule 26(a)(1) disclosures shall be served;

   d. April 14, 2023 – Initial interrogatories and requests for production shall be served;

   e. July 14, 2023 – Completion of fact discovery.

3. If the any party requires expert discovery, that party shall file by July 14, 2023, a letter to the undersigned that proposes dates for expert disclosures.

4.  Any motion for summary judgment is returnable before Judge Engelmayer, shall comply with his Individual Rules and Practices in Civil Pro Se Cases, and shall be filed by July 28, 2023.

5.  If no party file a summary judgment motion, plaintiff shall file the statement required by section 6.A of Judge Engelmayer's Individual Rules and Practices in Civil Pro Se Cases on or before August 28, 2023.

6.  All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any contention that a party has not responded properly to a discovery request must be brought to the Court's attention immediately and in accordance with the Court's Individual Practices. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

7.  All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judges.htm.

8.  Discovery motions – that is, any application pursuant to Rules 26 through 37 or 45 – not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

9.  Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

Dated:  New York, New York
        March 24, 2023

                                    SO ORDERED:

                                    _____
                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge

2