UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
RUDDY OSIAS                                                 :
                                                            :
                    Plaintiff,           ORDER
                                                            :
       -v.-                                                 :
                                         21 Civ. 8877 (PAE) (GWG)
                                                            :
DEPARTMENT OF CORRECTION et al.,                            :
                                                            :
                    Defendants                              :
                                                            :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The Court has received the attached letter from plaintiff dated May 8, 2023, addressing the issue of the defendants' assertion that plaintiff signed a general release of the claims in this case. The Court notes that no motion seeking dismissal of the complaint has been filed by defendants and that it is not due to be filed until May 25, 2023. After the motion is filed, plaintiff may file his opposition by sending it to:

Pro Se Docketing
500 Pearl Street
New York, NY 10007

      Under Judge Engelmayer's Individual Rules and Practices in Pro Se cases, plaintiff's response will be due June 22, 2023.

Dated: New York, New York
      May 12, 2023

                                              SO ORDERED:

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge

Ruddy Osias                                    5-8-23
DIN: 22B2764
Five Point C.F
Romulus, N.Y 14541

                            CASE: NO. 21 CV 8877(PAE)(GWG)
Osias v Dep't of Corr., et al.

                    Opposition of Dismissal

Dear Judge Engelmayer and Magistrate Judge Gorenstein

    I Ruddy Osias the plaintiff, request and seeks to understand that these amended claims are complaints and actions that occured prior this case. Despite these claims being contiguous Case No. 22-CV-869(PAE)(SLC) was a use of force claim, which shipped me away from that facility, while this current case was pending.
    I believe due to this case, which was pending at the time is why I believe The defendants had malice intent towards my well being. I am aware that the signing of the General Release has become material issue, but The claims in case: NO. 21 CV 8877(PAE)(GWG) is matter of first impression of thee defendants.
    Plaintiff's claims, failure to produce for court appearances, lack of recreation and Law library services which did occur during the pandemic, aswell deliberate indifferences to plaintiff's medical needs. Two seperate situations, two different cases, Two different Timelines.

I the plaintiff prays the court seeks more discovery on these matters, instead of dismissal.

Thank You

