**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RUDDY OSIAS,

                Plaintiff,

  -against-                                     21 **CIVIL** 8877 (PAE)(GWG)

                                                           **JUDGMENT**

CITY OF NEW YORK, WARDEN KAPUTO,
CAPTAIN SANDS, CAPTAIN WILLIAMS,
VINCENT SCHIRALDI, and NYC HEALTH &
HOSPITALS,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 7, 2023, the Court has accepted and adopted the June 15, 2023 Report and Recommendation in its entirety and defendants' motion for summary judgment at docket 54 is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        July 7, 2023

                                                                   **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                **BY:**                _K. Mango_

                                                                       **Deputy Clerk**